PAUL E. BENJAMIN

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
NOV 08 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Maria Alondra HERMOSILLO,<br><br>Defendant. | Case No.: 19MJ4988<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about November 7, 2019, within the Southern District of California, Maria Alondra HERMOSILLO, did knowingly and intentionally import 500 grams and more, to wit: approximately 35.58 kilograms (78.44 pounds), of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Carmen Jacobsen
Homeland Security Investigations

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 8th DAY OF NOVEMBER 2019.

_____
HON Allison H. Goddard
U.S. MAGISTRATE JUDGE

## Statement of Facts

On November 7, 2019, at approximately 3:28 p.m., Maria Alondra HERMOSILLO, ("HERMOSILLO"), a United States citizen applied for entry into the United States from Mexico through the San Ysidro Port of Entry in vehicle lane #23. HERMOSILLO was the driver and sole occupant of a 2009 Ford E450 ("the vehicle") bearing Arizona license plates.

A Customs and Border Protection Officer (CBPO) was conducting pre-primary operations when the CBPO received two negative Customs declarations from HERMOSILLO. HERMOSILLO stated she was crossing the border to go to Victorville, California.

During a cursory inspection the CBPO noticed the fuel tank was excessively clean, the clamp bolts appeared to have mud sprayed on them, and the gas tank tapped harder than a normal fuel tank. The CBPO escorted the vehicle and HERMOSILLO to the secondary inspection area where the CBPO observed anomalies in the fuel tank using a fiberoptic scope.

Further inspection of the vehicle resulted in the discovery of 40 packages concealed in the fuel tank of the vehicle, with a total approximate weight of 35.58 kgs (78.44 lbs). A sample of the substance contained within the packages field tested positive for the characteristics of methamphetamine.

1

HERMOSILLO was placed under arrest at approximately 6:18p.m.

HERMOSILLO was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.

2